[Nos. 48019-7-I; 48078-2-I.   Division One.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR ANAYA, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, Nos. 99-1-07341-6 and 99-1-07342-4, Charles W. Mertel, J., entered February 2, 2001. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker and Appelwick, JJ.

[No. 48256-4-I.   Division One.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD FOREST FOX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10420-7, Jeffrey M. Ramsdell, J., entered February 15, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 48682-9-I.   Division One.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELTON DELAWRENCE SMALLWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06955-0, Larry A. Jordan, J., entered June 14, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 48778-7-I.   Division One.   November 12, 2002.]

SYEN L.L.C., ET AL., *Plaintiffs*, v. DALVINDER S. GILL, ET AL., *Appellants*, SAM WELCH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-02015-4, Laura Gene Middaugh, J., entered June 5, 2001. *Affirmed* by unpublished per curiam opinion.